# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JENARI BONFIM DA SILVA,

        *Petitioner*

        v.

JAMAL L. JAMISON, Warden of
Philadelphia Federal Detention Center;
JOHN RIFE, Acting Field Office
Director of Enforcement and
Removal Operations, Philadelphia Field
Office, Immigration and Customs
Enforcement; MARKWAYNE MULLIN,
Secretary of the Department of
Homeland Security; TODD BLANCHE,
Acting U.S. Attorney General; U.S.
DEPARTMENT OF HOMELAND
SECURITY; EXECUTIVE OFFICE OF
IMMIGRATION REVIEW

        *Respondents.*

CIVIL ACTION

No. 2:26-cv-3976

## STIPULATION AND ORDER

Petitioner is a non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on June 10, 2026 (Doc. No. 1).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Petitioner's counsel is also unavailable on Friday, June 12, 2026 as he will be traveling out of state.

Accordingly, it is hereby ORDERED:

The Court will decide the petition on the papers.

Dated: June 11, 2026                          Respectfully submitted,

                                              DAVID METCALF
                                              United States Attorney

/s/ Michael Geoffino                          /s/ Isaac J. Jean-Pierre
MICHAEL GEOFFINO, ESQ.                         ISAAC J. JEAN-PIERRE
Defender Association of Philadelphia           Assistant United States Attorney
1441 Sansom Street                             Eastern District of Pennsylvania
Philadelphia, PA 19102                         615 Chestnut Street, Suite 1250
Phone: 215-568-3190                            Philadelphia, PA 19106
Email: Mngeoffino@philadefender.org            Phone:  (215) 861-8200
                                               Email:  isaac.jean-pierre@usdoj.gov

*Counsel for Petitioner*                       *Counsel for Respondents*


                          BY THE COURT:


Dated: 6/11/2026                   s/HONORABLE CYNTHIA M. RUFE
                                   CYNTHIA M. RUFE , J.
                          District Judge, United States District Court