**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DHIONES JENARI BONFIM DA SILVA,**<br><br>           **Petitioner,**<br><br>           **v.**<br><br>**J.L. JAMISON,** *et al.*,<br><br>           **Respondents.** | **CIVIL ACTION NO.  26-3976** |

**ORDER**

**AND NOW,** this 12th day of June 2026, upon consideration of Dhiones Jenari Bonfim da Silva's Petition for Writ of Habeas Corpus [Doc. No. 1] and the government's Opposition [Doc. No. 3], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Petition [Doc. No. 1] is **GRANTED** as follows:

1.    It is hereby **DECLARED** that Mr. Jenari Bonfim da Silva's continued detention is in violation of the Immigration and Nationality Act. Mr. Jenari Bonfim da Silva is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2.    The Writ of Habeas Corpus shall issue, and the government shall **RELEASE** Mr. Jenari Bonfim da Silva from custody immediately and certify compliance with the Memorandum Opinion and Order by filing an entry on the docket no later than 4:00 p.m. ET on June 12, 2026.

3.    The government is temporarily enjoined from re-detaining Mr. Jenari Bonfim da Silva for seven days following his release from custody.

4.    The government shall, immediately upon Mr. Jenari Bonfim da Silva's release, return all personal belongings confiscated upon or during his detention, including his identification and personal documents.

5.    The Court defers any award of costs or reasonable attorney fees at this time.

6.    If the government chooses to pursue renewed detention of Mr. Jenari Bonfim da Silva after the seven-day period mentioned in Paragraph 3, it must first provide him with notice and an opportunity to be heard at a bond hearing, at which a neutral immigration judge will determine whether Mr. Jenari Bonfim da Silva poses a flight risk or a danger to the community. Should renewed detention occur, the government shall not remove, transfer, or otherwise facilitate the removal of Mr. Jenari Bonfim da Silva from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Mr. Jenari Bonfim da Silva is subject to detention under 8 U.S.C. § 1226(a), the government may request permission from the Court to move Mr. Jenari Bonfim da Silva if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. In that eventuality, the Court will then determine whether to grant the request and permit transfer of Mr. Jenari Bonfim da Silva.

BY THE COURT:

/s/ Cynthia M. Rufe

CYNTHIA M. RUFE, J.